

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-79,393-02

### EX PARTE THOMAS ANTHONY AMBRIATI, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 11-11408-A IN THE CRIMINAL DISTRICT COURT
### FROM JEFFERSON COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and sentenced to twenty years' imprisonment. The Ninth Court of Appeals affirmed his conviction. *Ambriati v. State*, 09-11-00667-CR (Tex. App.–Beaumont, September 5, 2012).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed.

Appellate counsel filed an affidavit with the trial court. The trial court has entered findings of fact and conclusions of law that appellate counsel failed to timely notify Applicant that his

conviction had been affirmed. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997).

We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Ninth Court of Appeals in Cause No. 09-11-00667-CR that affirmed his conviction in Cause No. 11-11408 from the Criminal District Court of Jefferson County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: January 15, 2014

Do not publish